**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0000469**
**14-AUG-2012**
**10:36 AM**

NO. CAAP-12-0000469

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

STACEY E. Y. CHRISTENSEN and SHAWN CHRISTENSEN,
Plaintiffs-Appellants,
v.
WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE; LAW OFFICE OF
DAVID B. ROSEN, ALC; and CAL-WESTERN RECONVEYANCE CORPORATION,
Defendants-Appellees,
and
JOHN DOES 1-50; JANE DOES 1-50; et al., Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-2318-10)

ORDER GRANTING MOTION TO WITHDRAW
NOTICE OF APPEAL FILED ON JULY 31, 2012
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the motion filed on July 31, 2012 by Plaintiffs-Appellants Stacey E. Y. Christensen and Shawn Christensen, the papers in support, the records and files herein, it appears that: (1) Appellants seek to dismiss their appeal; and (2) no opposition has been filed. Therefore,

IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed.  The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i,  August 14, 2012.


Presiding Judge


Associate Judge


Associate Judge